**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION**

| | | |
|---|---|---|
| **LUIS ANTONIO AGUILAR MARQUINEZ**, *et al.*, | : : : | Case No. 1:20-mc-42 |
| Plaintiffs | : : | |
| vs. | : : | |
| | : | In Re: Subpoena issued in Civil Action |
| **DOLE FOOD COMPANY INC.**, *et al.*, | : : | 1:12-CV-00695-RGA (pending in United States District Court for the |
| Defendants | | District of Delaware) |

## NON-PARTY THE CINCINNATI ENQUIRER'S MOTION TO QUASH SUBPOENA

Pursuant to Federal Rule of Civil Procedure 45(d)(3)(A)(iii), non-party and Ohio resident The Cincinnati Enquirer, a division of Gannett GP Media, Inc. ("The Enquirer") respectfully moves this Honorable Court for an order quashing the Subpoena served upon it by the Plaintiffs in the above-captioned action pending in the United States District Court for the District of Delaware.

For the reasons set forth more fully in the accompanying Brief in Support of this Motion, pursuant to the balancing of interests standard recognized by the United States Court of Appeals for the Sixth Circuit, the Subpoena imposes an undue burden on The Enquirer's newsgathering activities, and is subject to the attorney client and attorney work product privileges. Moreover, the materials are

subject to the privilege afforded by the Ohio Revised Code for newsgathering materials.

Accordingly, The Enquirer respectfully requests that the Court grant this Motion and quash the Subpoena, and award The Enquirer attorneys' fees and costs incurred in connection herewith.

Respectfully submitted,

 */s/ John C. Greiner*
John C. Greiner (0005551)
*Counsel for Defendants*
GRAYDON HEAD & RITCHEY
312 Walnut Street
Suite 1800
Cincinnati, OH  45202-3157
Direct:  (513) 629-2734
Fax:     (513) 333-4316
E-Mail:  jgreiner@graydon.law

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the within and foregoing Motion to Quash Subpoena was served upon counsel of record for Plaintiffs and Defendants via email and first-class mail as follows:

Andrew Caulfield Dalton
**Dalton & Associates P.A.**
Cool Spring Meeting House
1106 West Tenth Street
Wilmington, DE  19806
302-652-2050
adalton@bdaltonlaw.com

Scott M. Hendler
**Hendler Flores Law, PLLC**
The Park Terrace Building
1301 W. 25th Street, Suite 400
Austin, TX  78705
512-439-3200
shendler@henderlaw.com

*Counsel for Plaintiffs*

John C. Phillips, Jr.
**Phillips, McLaughlin & Hall, P.A.**
1200 N. Broom Street
Wilmington, DE  19806
302-644-4200
jcp@pgmhlaw.com

*Counsel for Defendant AMVAC Chemical Corporation*

Brandon W. McCune
Adam V. Orlacchio
Emery Gillickson Richards
**Blank Rome LLP**
1201 North Market Street, Suite 800
Wilmington, DE  19801-4226
302-425-6406
bmccune@blankrome.com
orlacchio@blankrome.com
erichards@blankrome.com

R. Jack Reynolds
Samuel E. Stubbs
**Pillsbury Winthrop Shaw Pittman LLP**
2 Houston Center
909 Fannin, Suite 2000
Houston, TX  77010
713-276-7600
Jack.reynolds@pillsburylaw.com
Sam.stubbs@pillsburylaw.com

Steven L. Caponi
**K&L Gates LLP**
600 N. King Street, Suite 901
Wilmington, DE  19801
302-416-7080

*Counsel for Defendants Chiquita Brands International, Inc., Chiquita Brands, LLC, Chiquita Fresh North America LLD*

Stephanie E. O'Byrne
Jennifer Catheron Wasson
**Potter Anderson & Corroon, LLP**
1313 N. Market St., Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE  19899-0951
302-984-6067
sobyrne@potteranderson.com
jwasson@potteranderson.com

*Counsel for Defendants Dole Food Company, Inc. and Dole Fresh Fruit Co.*

William Edward Gamgort
Timothy Jay Houseal
Jennifer Marie Kinkus
**Young, Conaway, Stargatt & Taylor LLP**
Rodney Square
1000 North King Street
Wilmington, DE  19801
302-571-6682
wagamgort@ycst.com
thouseal@ycst.com
jkinkus@ycst.com

R. Morgan Gilhuly
Stephen C. Lewis
**Barg, Coffin, Lewis & Trapp LLP**
600 Montgomery Street, Suite 525
San Francisco, CA  94111
415-228-5400
mgilhuly@bargcoffin.com
slewis@bargcoffin.com

Vickie Rachal Thompson
**Strong Pipkin Bissell & Ledyard LLP**
595 Orleans, Suite 1400
Beaumont, TX  77701
409-981-1000
vthompson@strongpipkin.com

*Counsel for Defendant Occidental Chemical Corporation*

James W. Semple
**Cooch and Taylor P.A.**
The Brandywine Building
1000 N. West Street, 10th Floor
Wilmington, DE  19801
302-984-3842
Jsemple@coochtaylor.com

*Counsel for Defendant Del Monte Fresh Produce N.A., Inc.*

Michael L. Brem
**Schirrmeister Diaz-Arrastia Brem LLP**
Pennzoil Place – South Tower
711 Louisiana Street, Suite 1750
Houston, TX  77002
713-221-2500
mbrem@sdablaw.com

*Counsel for Defendant Dow Chemical Company*

Kelly E. Farnan
**Richards, Layton & Finger, PA**
One Rodney Square
920 N. King Street
Wilmington, DE  19801
302-651-7705
farnan@rlf.com

Leila M. Morgan
Anneke Shepard
Craig A. Stanfield
**King & Spalding LLP**
1100 Louisiana, Suite 4100
Houston, TX  77002
713-751-3200
lmorgan@kslaw.com
ashepard@kslaw.com
castanfield@kslaw.com

*Counsel for Defendant Shell Oil Company*

4

        Stephanie E. O'Byrne
Jennifer Catherine Wasson
**Potter Anderson & Corroon, LLP**
1313 N. Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE  19899-0951
302-984-6067
sobyrne@potteranderson.com
jwasson@potteranderson.com

*Counsel for Defendants Standard Fruit Company and Standard Fruit and Steamship Company*

This 4th day of November, 2020.

        */s/ John C. Greiner*
John C. Greiner (0005551)

10648923.1
10647847.1

10647847.1